# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| **ROBERTO BERAS** | **CIVIL ACTION NO. 2:17-CV-276** |
| **REG # 45865-054** | **SECTION P** |
| | |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| | |
| **CALVIN JOHNSON** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, as supplemented by the Court's Ruling issued this date, and after an independent review of the record including the objections filed by petitioner;

IT IS ORDERED that the application for *habeas corpus* filed pursuant to 28 U.S.C. § 2241 be DISMISSED WITH PREJUDICE as to the jurisdictional issues and without prejudice in all other respects.

Signed at Monroe, Louisiana, this 14th day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE